UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>845 Nassau Road LLC,<br><br>Debtor. | Case No. 8-26-70051-las<br><br>Chapter 7 |

## NOTICE OF MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) ANNULLING THE AUTOMATIC STAY

PLEASE TAKE NOTICE that upon the annexed Motion of **ELLIOT GALPERN, DAVID GALPERN, ARIEL STERN, AND MICHELLE ABRAMOV AS TRUSTEES OF THE LOUIS GALPERN IRREVOCABLE TRUST, and M.S.F.R.E. LTD.**, (the "Movants"), the undersigned will move this Court before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, NY 11722 at 10 am on March 3, 2026, for an Order pursuant to 11 U.S.C. § 362(d)(1) annulling the automatic stay *nunc pro tunc*, solely and limited to validating the foreclosure auction conducted with respect to the real property known as 845 Nassau Road, Uniondale, New York, 11553.

PLEASE TAKE FURTHER NOTICE that any opposition or response to this Motion must be filed and served in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of New York.

PLEASE TAKE FURTHER NOTICE that the Court may grant the relief requested herein without a hearing if no timely objection is filed.

Dated: New York, New York
January 28, 2026

DAVID A. KAMINSKY & ASSOCIATES, P.C.
By: David A Kaminsky, Esq.
Attorneys for Movant
299 Broadway, Suite 1615
New York, NY 10007
(212) 571-1227

To:

Allan B. Mendelsohn
Allan B. Mendelsohn LLP
38 New Street Huntington,
NY 11743
631-923-1625

845 Nassau Road LLC
845 Nassau Rd,
Uniondale, New York, 11553

NYS Department of Taxation & Finance,
Bankruptcy Unit,
PO Box 5300,
Albany, NY 12205

NYS Unemployment Insurance,
Attn: Insolvency Unit,
Bldg. #12, Room 256,
Albany, NY 12240

United States Trustee,
Office of the United States Trustee,
Long Island Federal Courthouse,
560 Federal Plaza,
Central Islip, NY 11722