## EXHIBIT A

| Item | Amount |
|---|---|
| Foreclosure Sale Price | $1,150,000.00 |
| Referee's Report Amount (as of June 2025) | $902,485.20 |
| Post-Cutoff Attorneys' Fees | $20,320.65 |
| Post-Cutoff Costs | $2,139.29 |
| Default Interest (June 1 – Nov. 11, 2025 @ 24%) | $54,333.33 |
| Post-Judgment Statutory Interest (@ 9%) | $13,086.04 |
| Outstanding Real Estate Taxes | $64,634.93 |
| Total Estimated Payoff | $1,056,999.44 |
| Estimated Surplus | $93,000.56 |

The estimated surplus reflected above was calculated using the following methodology:

(a) The Referee's Report of Amount Due fixed the mortgage arrears at $902,485.20 as of June 2025, which amount includes unpaid principal, default interest accrued through the referee cutoff date, tax advances and interest thereon, and attorneys' fees incurred through that date.

(b) Default interest on the unpaid principal balance of $500,000.00 was calculated at the contractual rate of 24% per annum for the period from June 1, 2025 through November 11, 2025, using a 360-day year, resulting in accrued default interest of $54,333.33.

(c) Post-judgment interest was calculated at the statutory rate of 9% per annum on the referee/judgment amount of $902,485.20 from the date of entry of the Judgment of Foreclosure

and Sale through the foreclosure auction date, also using a 360-day year, resulting in accrued statutory interest of $13,086.04.

(d) Post-cutoff attorneys' fees in the amount of $20,320.65 and post-cutoff costs in the amount of $2,139.29 reflect amounts incurred after the referee's cutoff date, based on billing and expense records maintained in the ordinary course.

(e) Outstanding real estate taxes in the amount of $64,634.93, included as amounts required to be satisfied from the foreclosure sale proceeds prior to any surplus determination.

Based on the foregoing, the total estimated payoff at the time of sale was $1,056,999.44, resulting in an estimated surplus of approximately $93,000.56.