At Part 26 of the Supreme Court held in the County of Nassau, at the _____ Courthouse thereof, on the 12th day of MARCH, 2025.

PRESENT: HON. GARY M. CARLTON, J.S.C.
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
ELLIOT GALPERN, DAVID GALPERN, ARIEL STERN, AND MICHELLE ABRAMOV AS TRUSTEES OF THE LOUIS GALPERN IRREVOCABLE TRUST, and M.S.F.R.E. LTD.,

Index No.: 601057/2024

Plaintiffs,

**ORDER OF REFERENCE**

-against-

845 NASSAU ROAD, LLC and WILLIAM BLANCO,

Defendants,

-and-

"JOHN DOE" and "JANE DOE,"

Tenants/Occupants.
---------------------------------------------------------------X

Upon Summons and Complaint filed January 17, 2024, Notice of Pendency filed January 19, 2024, and UPON Decision and Order by Hon. Gary M. Carlton, J.S.C., dated February 4, 2025, granting the Plaintiffs' Motion for Summary Judgment, it is hereby

(TID# 107007)

ORDERED that BETH CHAMOW, with an address of 2900 HEMPSTEAD TPKE, STE 211 Court, LEVITTOWN, NY 11756-1401, PH: 516-972-4704 EMAIL: BETH@CHAMOWLAW is hereby appointed Referee, in accordance with RPAPL §1321, to compute the amount due in 10m to Plaintiff except for attorney's fees upon the bond/note and mortgage and to examine whether the mortgaged property described as 845 Nassau Road, Uniondale, NY 11553 may be sold in parcels; and it is further

ORDERED that the Referee make his/her computation and report with all convenient speed; and it is further

ORDERED that, if necessary, the Referee may take testimony pursuant to RPAPL §1321; and it is further

1

ORDERED that by accepting this appointment the Referee certifies that he/she is in compliance with Part 36 of the Rules of the Chief Judge (22 NYCRR Part 36), including, but not limited to §36.2 (c) ("Disqualifications from appointment"), and §36.2 (d) ("Limitations on appointments based upon compensation"), and, if the Referee is disqualified from receiving an appointment pursuant to the provisions of that Rule, the Referee shall immediately notify the Appointing Judge; and it is further

ORDERED that, pursuant to CPLR 8003(a), ~~the statutory fee of $350.00~~, and in the discretion of the court, a fee of $ 500.00, shall be paid to the Referee for the computation of the amount due and upon the filing of his/her report and the Referee shall not request or accept additional compensation for the computation unless it has been fixed by the court in accordance with CPLR 8003(a); and it is further

ORDERED that the Referee is prohibited from accepting or retaining any funds for him/herself or paying funds to him/herself without compliance with Part 36 of the Rules of the Chief Administrative Judge; and it is further

And it is further ORDERED that Plaintiff shall serve a copy of this Order with notice of entry on all parties and persons entitled to notice, including the Referee appointed herein.

This constitutes the decision and order of the court.

DATED: MAR 12 2025

ENTERED
MAR 24 2025
NASSAU COUNTY
COUNTY CLERK'S OFFICE

ENTER:
_____
J.S.C.
HON. GARY M. CARLTON
J.S.C.