

# N.Y.S. SUPREME COURT, COUNTY OF NASSAU

## FORECLOSURE AUCTION PART

### FIDUCIARY FORM

ELLIOT GALPERN, DAVID GALPERN, ARIEL STERN and MICHELLE ABRAMOV AS TRUSTEES OF THE LOUIS GALPERN IRREVOCABLE TRUST, and M.S.F.R.E., LTD Plaintiff(s),

Foreclosure Auction Part

Fiduciary Clerk

Index No.: 601057/2024

-against-

845 NASSAU ROAD LLC, AND WILLIAM BLANCO Defendant(s). JOHN AND JANE DOE

---X

THE COURT APPOINTED REFEREE **SHALL** COMPLETE AND FILE THIS **FIDUCIARY FORM (10.20.2021)** WITH THE COURT **ON THE DATE OF THE AUCTION** OF THE SUBJECT PROPERTY.

THE COURT APPOINTED REFEREE **SHALL** COMPLETE AND FILE SURPLUS MONIES FORM ("SMF") WITH THE COURT **WITHIN 30 DAYS OF THE CLOSING** OF THE SUBJECT PROPERTY. UPON COMPLETION, PLEASE UPLOAD THE SMF TO NYSCEF AS A "FORECLOSURE ACTION SURPLUS MONIES FORM". THE SURPLUS MONIES CLERK MAY BE CONTACTED AT 516.493.3108.

**AUCTION SALE DATE:** January 8, 2026.

**PROPERTY ADDRESS:** 845 Nassau Road, Uniondale, NY 11553 (S) 36 (L) 150 (B) 145

### A: Court Appointed Referee Information

Name: Betu Chamou Esq   Telephone: 516 972-4704

Address: 2900 Hempstead Turnpike Suite 211 Levittown NY 11756.

I, Betu Chamou, Esq. an attorney at law licensed to practice in the State of New York and the Court Appointed-Referee assigned to conduct the sale of the subject property in this action at Public Auction, hereby certifies that I am in compliance with Part 36 of the Rules of the Chief Administrative Judge (22 NYCRR Part 36), including, but not limited to § 36.2 (c) ("Disqualification from appointment"), and § 36.2 (d) ("Limitations on appointments based upon compensation"), and, if I am disqualified from receiving such appointment pursuant to the provisions of that Rule, then I will immediately notify the Appointing Justice.

Signature: _____   Date: 1/8/26.

**B. INTERNAL PURPOSES:** CaR PART 36 STATUS VERIFIED: ☐ Yes   ☐ No
Total Referee fees to exceed $750.00?   ☐ Yes   ☐ No
Total Referee fees to exceed $1100.00?   ☐ Yes   ☐ N

Rev. 14 June 2024