

# N.Y.S. SUPREME COURT, COUNTY OF NASSAU
# FORECLOSURE AUCTION PART
# MEMORANDUM OF SALE FORM

IN ACCORDANCE WITH OCA/OPP GUIDANCE, AT THE CONCLUSION OF EACH DAY'S FORECLOSURE AUCTION SALES, THE COURT APPOINTED REFEREE, THE BANK REPRESENTATIVE, AND THE SUCCESSFUL THIRD-PARTY BIDDER SHALL COMPLETE AND FILE THIS MEMORANDUM OF SALE FORM (Rev. 10.20.2021) IN ORDER TO MEMORIALIZE THE SALE OF THE SUBJECT PROPERTY AND SUBMIT IT TO THE CLERK'S OFFICE, WHICH IS LOCATED ON THE FIRST FLOOR OF THE COURTHOUSE IN ROOM 186.  REV.: 07.06.23

## A: CASE INFORMATION

INDEX NUMBER: 601057/2024

PLAINTIFF: ELLIOT GALPERN, DAVID GALPERN, ARIEL STERR, Michelle Abramov as Trustees of the Louis Galpern Irrevocable Trust and M.S.F.R.E LTD.

DEFENDANT: 845 Nassau Road LLC, William Blanco, John Doe and Jane Doe

## B: FORECLOSURE AUCTION INFORMATION:
☒ Auction Held ("AH"); ☐ Auction not held ("ANH"); ☐ Bankruptcy-CXL; ☐ OSC/TRO-STAY; ☐ CXL

Auction Sale Date: Jan 8, 2026    Section 36  Lot 150  Block 145

Property Address: 845 Nassau Road Uniondale, NY 11553

Upset Price: $ 1,056,599.44   Sale Price: $ 1,150,000.00   Amount of down payment: $ _____

Judgment Amount: 902,485.20    ☐ SUBJECT PROPERTY RETURNED TO PLAINTIFF

Surplus Amount: ☒ UNKNOWN;  ☐ YES [ $ _____ ]

## C: Court Appointed Referee Information

Name: Beth Chamow   Telephone: 5169722704   EMAIL: Beth@chamowlaw.com

Address: 2900 Hempstead Turnpike, NY 11756

Signature: _____   Date: 1/8/26

## D: Bank's Representative and Successful Third-Party Bidder Contact Information (Name, Address, Telephone, and e-mail address)

**Bank's Representative Information**

NAME: Elliot Galpern
ADDRESS: 139 Fulton St, Ste 300, N, NY 10038
TELEPHONE: 718-781-1191
EMAIL: Elliot@DOMU.NYC
SIGNATURE: _____

**Successful Third-Party Bidder's Information**

## E: INTERNAL PURPOSES: Status Conference date in the Foreclosure Settlement Conference Part on _____ at 2 p.m.