foregoing between the sender and recipient or any other parties and is not intended to be so.

**From:** Jason Isaacson <JIsaacson@sihllp.com>
**Sent:** Friday, May 16, 2025 7:46 AM
**To:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>
**Cc:** David Kaminsky, Esq <david@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>; Lucia Leguizarmon <Lucia@sihllp.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

**External Email**

I will call today.  Hopefully he sent it with tracking.  You still have not received the original check either I take it?

Jason

> On May 15, 2025, at 4:03 PM, Aleksandr Chernogorov <Aleks@davidakaminsky.com> wrote:
>
> Good afternoon:
>
> Did your client send the check ? We did not get anything.
>
> **\*\*\* Please "Reply All" when responding to this Message \*\*\***
>
> Yours very truly,
> **Aleks Chernogorov**
> **David A. Kaminsky & Associates, P.C.**
> 299 Broadway, Suite 1615
> New York, NY 10007
> Office:  (212) 571-1227
> Fax:  (212) 571-7004
> e-Mail: aleks@davidakaminsky.com
> Website: www.davidakaminsky.com
>
> **Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.
>
> **Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.
>
> **From:** Jason Isaacson <JIsaacson@sihllp.com>
> **Sent:** Tuesday, May 13, 2025 7:47 AM
> **To:** Jason Isaacson <JIsaacson@sihllp.com>
> **Cc:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>; David Kaminsky, Esq <david@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>; Lucia Leguizarmon <Lucia@sihllp.com>
> **Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al
>
> **External Email**

Good morning. Mr. Blanco is going to the bank to cancel the first check and get a bank check this morning. He will overnight it to your office. You will have it tomorrow. Thank you.

Jason

> On May 12, 2025, at 5:06 PM, Jason Isaacson <jisaacson@sihllp.com> wrote:
>
> Good afternoon. I am in receipt of your email from about an hour and a half ago. I tried to call my client to make arrangements for overnight, but I could not reach him. As soon as I hear from him, I'll make sure that he either overnights a check or hand delivers it to you. I will keep you updated. Thank you.
>
> Jason
>
>> On May 12, 2025, at 3:11 PM, Aleksandr Chernogorov <Aleks@davidakaminsky.com> wrote:
>>
>> Good afternoon:
>>
>> We did not get the check from your client.
>>
>> Please have your client overnight an official bank check to us at 299 Broadway, Suite 1615, New York, NY 10007. Alternatively, your client can zelle us the money at david@davidakaminsky.com.
>>
>> Please have him do this ASAP.
>>
>> **\*\*\* Please "Reply All" when responding to this Message \*\*\***
>>
>> Yours very truly,
>> **Aleks Chernogorov**
>> **David A. Kaminsky & Associates, P.C.**
>> 299 Broadway, Suite 1615
>> New York, NY 10007
>> Office: (212) 571-1227
>> Fax: (212) 571-7004
>> e-Mail: aleks@davidakaminsky.com
>> Website: www.davidakaminsky.com
>>
>> **Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.
>>
>> **Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.
>>
>> ---
>>
>> **From:** Jason Isaacson <JIsaacson@sihllp.com>
>> **Sent:** Tuesday, May 6, 2025 11:20 AM

**To:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>
**Cc:** David Kaminsky, Esq <david@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>; Lucia Leguizarmon <Lucia@sihllp.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

**External Email**

My client advises that he mailed you a personal check yesterday. I know that you requested a bank check in hand today. Will the mailed personal check be sufficient? If not then I will ask him to try to get a bank check and hand deliver it to your office.

Please let me know. Thank you in advance.

Jason

> On May 2, 2025, at 5:05 PM, Aleksandr Chernogorov <Aleks@davidakaminsky.com> wrote:
>
> Good afternoon:
>
> We have not received the $1,500.00.
>
> Please be advised that unless we receive the $1,500.00 for legal fees by Tuesday, May 6, 2025, our client's offer shall be withdrawn.
>
> **\*\*\* Please "Reply All" when responding to this Message \*\*\***
>
> Yours very truly,
> **Aleks Chernogorov**
> **David A. Kaminsky & Associates, P.C.**
> 299 Broadway, Suite 1615
> New York, NY 10007
> Office:  (212) 571-1227
> Fax:  (212) 571-7004
> e-Mail: aleks@davidakaminsky.com
> Website: www.davidakaminsky.com
>
> **Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.
>
> **Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.

**From:** Jason Isaacson <JIsaacson@sihllp.com>
**Sent:** Wednesday, April 30, 2025 7:06 PM
**To:** David Kaminsky, Esq <david@davidakaminsky.com>
**Cc:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

**External Email**

Understood and he intends to. He has a copy of your instructions below. I recommended to him that he go to your office with a bank check as soon as he is able.

Very truly yours,

**Jason A. Isaacson**
**Sunshine, Isaacson & Hecht, LLP**
390 North Broadway, Suite 200
Jericho, NY 11753
http://sihattorneys.com/
Tel: (516) 352-2100
Fax: (516) 441-5095

**From:** David Kaminsky, Esq <david@davidakaminsky.com>
**Date:** Wednesday, April 30, 2025 at 11:10 AM
**To:** Jason Isaacson <JIsaacson@sihllp.com>
**Cc:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>, Rosalyn Cruz <RCruz@sihllp.com>, Jeffrey Sunshine <JSunshine@sihllp.com>
**Subject:** RE: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

OK, so your client should send the %1,500 so we can prepare the payoff documents, and then we will send them to you and then you can arrange for the payoff.

**\*\*\* Please "Reply All" when responding to this Message \*\*\***

Yours very truly,
**David A. Kaminsky**
**David A. Kaminsky & Associates, P.C.**
299 Broadway, Suite 1615
New York, NY 10007

Office:  (212) 571-1227
Fax:  (212) 571-7004
e-Mail: david@davidakaminsky.com
Website: www.davidakaminsky.com

<image001.jpg>
<image002.png>

**Linkedin:** https://www.linkedin.com/in/david-a-kaminsky-57b00651/

**Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

**Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.

---

**From:** Jason Isaacson <JIsaacson@sihllp.com>
**Sent:** Wednesday, April 30, 2025 8:02 AM
**To:** David Kaminsky, Esq <david@davidakaminsky.com>
**Cc:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

**External Email**

David, sorry for the delay.  He wants to resolve this so the extra $1,500 is not a problem.

Jason

> On Apr 29, 2025, at 4:32 PM, David Kaminsky, Esq <david@davidakaminsky.com> wrote:
>
> Mr. Isaacson we need a response from you to this email below.
>
> **\*\*\* Please "Reply All" when responding to this Message \*\*\***
>
> Yours very truly,
> **David A. Kaminsky**

**David A. Kaminsky & Associates, P.C.**
299 Broadway, Suite 1615
New York, NY 10007
Office:  (212) 571-1227
Fax:  (212) 571-7004
e-Mail: david@davidakaminsky.com
Website: www.davidakaminsky.com

<image001.jpg>
<image002.png>

**Linkedin:**
https://www.linkedin.com/in/david-a-kaminsky-57b00651/

**Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

**Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.

---

**From:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>
**Sent:** Thursday, April 24, 2025 2:23 PM
**To:** Jason Isaacson <JIsaacson@sihllp.com>
**Cc:** Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>; David Kaminsky, Esq <david@davidakaminsky.com>
**Subject:** RE: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

Dear Mr. Isaacson:

In order to prepare the documents you mentioned below, we need to receive a payment of $1,500.00 towards our legal fees upfront.

Please let us know how your client would like to pay. They can pay by wire (wiring instructions attached), or they can overnight an official bank check payable to David A. Kaminsky & Associates, P.C., to the below address.

If your client wishes to wire, please have them call our office to confirm the wiring instructions before sending the money.

**\*\*\* Please "Reply All" when responding to this Message \*\*\***

Yours very truly,
**Aleks Chernogorov**
**David A. Kaminsky & Associates, P.C.**
299 Broadway, Suite 1615
New York, NY 10007
Office: (212) 571-1227
Fax: (212) 571-7004
e-Mail: aleks@davidakaminsky.com
Website: www.davidakaminsky.com

**Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

**Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.

---

**From:** Jason Isaacson <JIsaacson@sihllp.com>
**Sent:** Thursday, April 24, 2025 12:01 PM
**To:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>
**Cc:** Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>; David Kaminsky, Esq <david@davidakaminsky.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

**External Email**

Good morning. My client is willing to meet your demand and make full payment. Would you please prepare a Release, Satisfaction of Mortgage, and Stipulation of Discontinuance for us to review? Also do you have an email address for the Receiver by any chance so that we can make them aware?

Thank you.

Very truly yours,

Jason Isaacson
Sunshine, Isaacson & Hecht, LLP

---

**From:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>
**Date:** Tuesday, April 22, 2025 at 2:26 PM
**To:** Jason Isaacson <JIsaacson@sihllp.com>
**Cc:** Rosalyn Cruz <RCruz@sihllp.com>, Jeffrey Sunshine <JSunshine@sihllp.com>, David Kaminsky, Esq <david@davidakaminsky.com>
**Subject:** RE: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

Dear Mr. Issacson:
In order to settle this matter, our client must receive a payment in the amount of $876,050.99 for the following:
    1.    $500,000.00 towards outstanding principal on the Note and the Mortgage;
    2.    $190,000.00 for interest at the default rate, pursuant to the Note and the Mortgage;
    3.    $10,000.00 interest at the default rate pursuant to the Note and the Mortgage for this month;
    4.    $127,341.33 for taxes paid to Nassau County Treasurer on March 14, 2024, for taxes unpaid by borrower;
    5.    $33,108.66 for interest on payment for taxes mentioned in paragraph 4 above;
    6.    $15,601.00 for attorney's fees incurred by Plaintiff in connection with this matter.
    Total: $876,050.99
Please let us know if this is acceptable to your client.

**\*\*\* Please "Reply All" when responding to this Message \*\*\***

Yours very truly,
**Aleks Chernogorov**
**David A. Kaminsky & Associates, P.C.**
299 Broadway, Suite 1615
New York, NY 10007
Office: (212) 571-1227
Fax: (212) 571-7004

e-Mail: aleks@davidakaminsky.com
Website: www.davidakaminsky.com

**Confidentiality:** This email message and attachments, if any, are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

**Disclaimer:** This email does not contain or constitute and cannot be construed as an agreement or contract, settlement, stipulation, understanding, lease, contract or modification or extension of any of the foregoing between the sender and recipient or any other parties and is not intended to be so.

---

**From:** Jason Isaacson <JIsaacson@sihllp.com>
**Sent:** Thursday, April 10, 2025 9:32 AM
**To:** David Kaminsky, Esq <david@davidakaminsky.com>
**Cc:** Aleksandr Chernogorov <Aleks@davidakaminsky.com>; Rosalyn Cruz <RCruz@sihllp.com>; Jeffrey Sunshine <JSunshine@sihllp.com>
**Subject:** Re: ELLIOT GALPERN et al -v- 845 NASSAU ROAD, LLC et al

   **External Email**

For settlement purposes only
Not to be used in litigation

Hi David,

I know that it is late in the game for this case, but my client wants to know what your client is looking for to resolve it and be paid immediately.  Can you send me a Demand?

Very truly yours,

**Jason A. Isaacson**
**Sunshine, Isaacson & Hecht, LLP**
390 North Broadway, Suite 200
Jericho, NY 11753
http://sihattorneys.com/
Tel:  (516) 352-2100
Fax:  (516) 441-5095

<image001.jpg>
<image002.png>